UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
GILBERT JOSEPH HERRERA,
    Debtor.                                                                                   No. 7-07-12966 JA

**REPORT TO THE COURT ON UNCLAIMED FUNDS
<u>DEPOSITED INTO THE COURT REGISTRY</u>**

       COMES NOW the Trustee in Bankruptcy, Linda Bloom, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee will deposit the total sum of Eleven and 38/100 dollars ($11.38) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

Gilbert Herrera (Grandfather)                 $11.38
PO Box 83
Hernandez NM 87537-0083
Returned undeliverable

                                                                *Electronic signature*
                                                                 LINDA S. BLOOM, Trustee
                                                                 PO Box 218
                                                                 Albuquerque NM 87103
                                                                 (505) 764-9600

THIS WILL CERTIFY that a true and correct copy of the above was delivered via CM-ECF to the U.S. Trustee this 21st day of October 2010.
                                                                          *Electronic signature*
                                                                          Linda S. Bloom